## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Sustainable Restaurant Holdings, Inc., *et al.*,[1] | ) | Case No. 20-11087 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| Kristofor Lofgren, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 20-50630 (JTD) |
| | ) | |
| v. | ) | |
| | ) | |
| Sustainable Restaurant Holdings, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO THE COMPLAINT

Plaintiff Kristofor Lofgren (the "Plaintiff") and defendant Sustainable Restaurant Holdings, Inc. ("Defendant" and together with the Plaintiff, the "Parties"), hereby stipulate as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Sustainable Restaurant Holdings, Inc. (6430); SRG Operations, LLC (0486); Quickfish LLC (7391); Bamboo Sushi, LLC (9009); Quickfish Pearl District LLC (9060); Quickfish SW Stark, LLC (1879); Quickfish Slabtown LLC (7391); Quickfish Avanti (Bamboo Sushi Avanti, LLC) (9009); Bamboo Sushi NE Alberta, LLC (7610); Bamboo Sushi Lake Oswego, LLC (9484); Bamboo Sushi SW 12th, LLC (7382); Bamboo Sushi Denver Lo-Hi, LLC (4045); Bamboo Sushi NW 23rd, LLC (1361); Bamboo Sushi Seattle Cap Hill, LLC (9009); Bamboo Sushi U Village Seattle, LLC (9052); Bamboo Sushi Embarcadero SF, LLC (5837); Bamboo Sushi Bishop Ranch, LLC (3763); Bamboo Sushi Kierland Scottsdale, LLC (0483); Bamboo Sushi Commissary Kitchen, LLC (2194); Bamboo Sushi Biltmore Phoenix, LLC (9412); Bamboo Sushi Valley Fair, LLC (2887); Bamboo Sushi Washington Square, LLC (5066). The Debtors' headquarters address is: 920 SW 6th Avenue, Suite 1200, Portland, OR 97204 and mailing address is: PO Box 3347, Portland, OR 97208. The Debtors operate restaurants under the following names: Bamboo Sushi and Quickfish.

2

WHEREAS, on June 22, 2020, the Plaintiff filed a *Complaint* commencing the above-captioned Adversary Proceeding against Defendant (the "Complaint");

WHEREAS, the time for the Defendant to respond to the Complaint expires not earlier than July 23, 2020;

WHEREAS, pursuant to Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Parties may, by stipulation and without a court order, extend the Defendant's time to respond to a complaint for up to twenty-eight (28) days.

WHEREFORE, the Parties stipulate as follows:

1. The time for Defendant to answer, plead or otherwise move in response to the Complaint is extended to August 13, 2020.

2. This extension is without prejudice to the rights of either Party, including the right to agree to further extensions of time for the filing of an answer or response, or to the rights of the Defendant to seek further extensions of time from the Court to answer, plead or otherwise respond to the Complaint, and the Plaintiff's right to oppose any such requests by the Defendant.

[*Remainder of Page Intentionally Left Blank*]

<div style="columns:2">

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Nicholas T. Verna*
Matthew P. Ward (DE Bar No. 4471)
Nicholas T. Verna (DE Bar No. 6082)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:  matthew.ward@wbd-us.com
            nick.verna@wbd-us.com

-and-

**MARKOWITZ HERBOLD PC**
Chad Colton (*pro hac vice* pending)
Jeffrey M. Edelson (*pro hac vice* pending)
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Telephone:  (503) 295-3085
Email: chadcolton@markowitzherbold.com
            jeffedelson@markowitzherbold.com

-and-

**BUCHALTER, APC**
William S. Brody (*pro hac vice* pending)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-1730
Telephone:  (213) 891-5015
Facsimile:   (213) 896-0400
Email:  wbrody@buchalter.com

*Attorneys for Plaintiff Kristofor Lofgren*

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 426-1189
Facsimile:   (302) 426-9193
Email:  dpacitti@klehr.com
            myurkewicz@klehr.com

-and-

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Morton R. Branzburg (*pro hac vice* pending)
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-2700
Facsimile:   (215) 568-6603
Email:  mbranzburg@klehr.com

*Attorneys for Defendant Sustainable Restaurant Holdings, Inc.*

</div>